■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE BURNETT, Appellant. [865 NYS2d 588]—Appeals by the defendant, as limited by his motion, from two sentences of the Supreme Court, Kings County (DiMango, J.), both imposed April 25, 2007, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed. No opinion. Prudenti, P.J., Skelos, Florio, Angiolillo and Dickerson, JJ., concur.